# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 2:19-cr-00117-ODW                    DATE: 10/20/2025

TITLE: UNITED STATES OF AMERICA v. Cruz-Hernandez, et al

Honorable Steve Kim, United States Magistrate Judge

| Connie Chung | CS 10/20/20 | Jesus Rivera / Spanish |
|---|---|---|
| Court Clerk | Tape No. | Interpreter |

In Re: Matter of Material Witness(es)

Miguel Tobar

Counsel for material witness(es): John Targowski, panel — ☑ Present  ☐ Not present

Assistant U.S. Attorney: Kellye Ng / John McNicholas — ☑ In custody

Witness(es): ☑ Present  ☐ Not present

PROCEEDING: INITIAL APPEARANCE AND DESIGNATION OF MATERIAL WITNESS(ES)

☑ Upon the filing of a Financial Affidavit, Court appoints ~~the Deputy Federal Public Defender~~ John Targowski, CJA as counsel for the above-named witness(es).

☐ Upon motion of the Government/counsel for defendant, the Court orders the above-named witness(es) designated as material.

☐ Bail is set as follows:
   - ☐ $5,000.00 Appearance Bond
   - ☐ With third party surety approved by PSA/AUSA
   - ☐ PSA supervision
   - ☐ Residence approved by PSA
   - ☐ Other:

☐ Filed Order Designating Material Witness(es)

☐ Filed Commitment and Order Specifying Place of Confinement

☑ Other: Mr. Tobar is ordered temporarily detained. Mr. Tobar is further ordered to appear before Judge Wright on 10/21/25 at 8:00 AM.

Initials of Court Clerk: CC

00:25

M-22 (06/06)     INITIAL APPEARANCE AND DESIGNATION OF MATERIAL WITNESS(ES)